# EXHIBIT 44

## EXHIBIT 44 - Damages Caused by Family Care Pharmacy of LI Inc d/b/a Family Care Pharmacy

| Payment Date | Claim No. | Payee | Payor | Check Number |
|---|---|---|---|---|
| 10/12/2023 | 0693901984 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617108396 |
| 10/12/2023 | 0693901984 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617108396 |
| 10/19/2023 | 0712079227 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617118390 |
| 10/19/2023 | 0712079227 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617118390 |
| 11/7/2023 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617142230 |
| 11/21/2023 | 0716384250 | FAMILY CARE PHARMACY OF LI INC | Allstate Indemnity Company | 660866737 |
| 11/30/2023 | 0692572415 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617171655 |
| 12/13/2023 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617187527 |
| 1/3/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617213628 |
| 1/12/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106551390 |
| 1/12/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106551391 |
| 1/12/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106551390 |
| 1/12/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106551391 |
| 1/22/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 116526412 |
| 1/22/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 132548928 |
| 1/22/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 116526412 |
| 1/22/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 132548928 |
| 2/2/2024 | 0729999316 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617253791 |
| 2/22/2024 | 0724681705 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617281126 |
| 2/22/2024 | 0724681705 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617281126 |
| 3/8/2024 | 0730167426 | FAMILY CARE PHARMACY OF LI INC | Allstate Property and Casualty Insurance Company | 119575806 |
| 3/8/2024 | 0730167426 | FAMILY CARE PHARMACY OF LI INC | Allstate Property and Casualty Insurance Company | 119575806 |
| 5/2/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617377576 |
| 5/2/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617377576 |
| 5/2/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617377576 |
| 5/19/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106604879 |
| 5/19/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106604879 |
| 11/8/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287041039 |
| 11/8/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287041039 |
| 11/27/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287049906 |
| 11/27/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287049906 |
| 12/3/2024 | 0730167426 | FAMILY CARE PHARMACY OF LI INC | Allstate Property and Casualty Insurance Company | 129643928 |
| 12/3/2024 | 0730167426 | FAMILY CARE PHARMACY OF LI INC | Allstate Property and Casualty Insurance Company | 129643928 |
| 12/23/2024 | 0729999316 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287056088 |
| 12/23/2024 | 0729999316 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287056088 |
| 2/10/2025 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 192938379 |
| 2/10/2025 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 192938399 |
| 2/10/2025 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 192938379 |
| 2/10/2025 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 192938399 |

**EXHIBIT 44 - Damages Caused by Family Care Pharmacy of LI Inc d/b/a Family Care Pharmacy**

| Payment Date | Claim No. | Payee | Payor | Check Number |
|---|---|---|---|---|
| 3/3/2025 | 0731757225 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 277056842 |
| 3/3/2025 | 0731757225 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 277056842 |
| | | | | **TOTAL:** |

## EXHIBIT 44 - Damages Caused by Family Care Pharmacy of LI Inc d/b/a Family Care Pharmacy

| Payment Date | Claim No. | Payee | Payor | Check Number | Payment Amount |
|---|---|---|---|---|---|
| 10/12/2023 | 0693901984 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617108396 | $117.31 |
| 10/12/2023 | 0693901984 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617108396 | $1,892.14 |
| 10/19/2023 | 0712079227 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617118390 | $25.12 |
| 10/19/2023 | 0712079227 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617118390 | $2,093.56 |
| 11/7/2023 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617142230 | $126.05 |
| 11/21/2023 | 0716384250 | FAMILY CARE PHARMACY OF LI INC | Allstate Indemnity Company | 660866737 | $3,483.81 |
| 11/30/2023 | 0692572415 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617171655 | $121.20 |
| 12/13/2023 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617187527 | $34.20 |
| 1/3/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617213628 | $40.16 |
| 1/12/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106551390 | $57.73 |
| 1/12/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106551391 | $81.92 |
| 1/12/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106551390 | $3,207.34 |
| 1/12/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106551391 | $4,550.91 |
| 1/22/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 116526412 | $87.67 |
| 1/22/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 132548928 | $182.26 |
| 1/22/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 116526412 | $3,207.34 |
| 1/22/2024 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 132548928 | $6,668.16 |
| 2/2/2024 | 0729999316 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617253791 | $59.30 |
| 2/22/2024 | 0724681705 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617281126 | $366.61 |
| 2/22/2024 | 0724681705 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617281126 | $6,110.21 |
| 3/8/2024 | 0730167426 | FAMILY CARE PHARMACY OF LI INC | Allstate Property and Casualty Insurance Company | 119575806 | $171.69 |
| 3/8/2024 | 0730167426 | FAMILY CARE PHARMACY OF LI INC | Allstate Property and Casualty Insurance Company | 119575806 | $4,364.94 |
| 5/2/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617377576 | $369.97 |
| 5/2/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617377576 | $1,339.10 |
| 5/2/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 617377576 | $3,660.58 |
| 5/19/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106604879 | $124.20 |
| 5/19/2024 | 0734744971 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 106604879 | $2,700.00 |
| 11/8/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287041039 | $1,099.51 |
| 11/8/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287041039 | $4,518.54 |
| 11/27/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287049906 | $505.78 |
| 11/27/2024 | 0729885219 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287049906 | $2,809.90 |
| 12/3/2024 | 0730167426 | FAMILY CARE PHARMACY OF LI INC | Allstate Property and Casualty Insurance Company | 129643928 | $488.72 |
| 12/3/2024 | 0730167426 | FAMILY CARE PHARMACY OF LI INC | Allstate Property and Casualty Insurance Company | 129643928 | $1,975.96 |
| 12/23/2024 | 0729999316 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287056088 | $576.53 |
| 12/23/2024 | 0729999316 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 287056088 | $2,685.70 |
| 2/10/2025 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 192938379 | $1,266.59 |
| 2/10/2025 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 192938399 | $1,867.08 |
| 2/10/2025 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 192938379 | $4,523.54 |
| 2/10/2025 | 0720753235 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 192938399 | $6,668.16 |

**EXHIBIT 44 - Damages Caused by Family Care Pharmacy of LI Inc d/b/a Family Care Pharmacy**

| Payment Date | Claim No. | Payee | Payor | Check Number | Payment Amount |
|---|---|---|---|---|---|
| 3/3/2025 | 0731757225 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 277056842 | $1,719.18 |
| 3/3/2025 | 0731757225 | FAMILY CARE PHARMACY OF LI INC | Allstate Fire and Casualty Insurance Company | 277056842 | $6,154.58 |
| | | | | **TOTAL:** | **$82,103.25** |