UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ALLSTATE INSURANCE COMPANY, ET AL

*Plaintiff*

vs

CYPRESS RX INC, ET AL

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 1:25-CV-04521-JAM
DATE FILED: 08/13/2025
Job #: 606167
Client File# 1021-9893

KING, TILDEN, MCETTRICK & BRINK
350 GRANITE STREET, SUITE 2204
BRAINTREE, MA 02184

CLIENT'S FILE NO.: 1021-9893

**AFFIRMATION OF SERVICE**

I, EDDIE RIVERA, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York. That on 9/8/2025 at 12:45 PM at 184-58 MIDLAND PARKWAY 1ST FL, JAMAICA, NY 11432 deponent served the within SUMMONS IN A CIVIL ACTION, NOTIFICATION OF DOCKET ENTRY WITH ATTACHMENTS ON AUGUST 31, 2025 (ECF NO 13), PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL WITH EXHIBITS 1-46, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE STATEMENT, CERTIFICATE OF NO LIABILITY INSURANCE AND NOTICE OF APPEARANCE OF NATHAN A TILDEN on BENJAMIN YAKUBOV therein named

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with O. YAKUBOV CO TENANT a person of suitable age and discretion at 184-58 MIDLAND PARKWAY 1ST FL, JAMAICA, NY 11432 said premises being the recipient's actual place of abode within the State of New York.

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION, NOTIFICATION OF DOCKET ENTRY WITH ATTACHMENTS ON AUGUST 31, 2025 (ECF NO 13), PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL WITH EXHIBITS 1-46, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE STATEMENT, CERTIFICATE OF NO LIABILITY INSURANCE AND NOTICE OF APPEARANCE OF NATHAN A TILDEN on 09/09/2025 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Mailing was made to 184-58 MIDLAND PARKWAY 1ST FL, JAMAICA, NY 11432

Said documents were conformed with index number and date of filing endorsed thereon.

A perceived description of the person served on behalf of the defendant is as follows:
**Approx Age**: 22 - 35 Yrs., **Approx Weight**: 100-130 Lbs., **Approx Height**: 5' 4" - 5' 8", **Gender**: Female, **Approx Race**: White, **Approx Hair**: Lt. Brown
**Other**:

Deponent spoke to O. YAKUBOV
Inquired as to the BENJAMIN YAKUBOVs place of residence and received a positive reply and confirmed the above address of BENJAMIN YAKUBOV and asked whether BENJAMIN YAKUBOV was in active military service of the United States or the State of New York in any capacity, or is a dependant of anyone in the military and received a negative reply and that the BENJAMIN YAKUBOV always wore civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the BENJAMIN YAKUBOV is not in the military service of New York State or of the United States as that the term is defined in either the State or in Federal statutes.

I affirm this September 9, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



EDDIE RIVERA
2067151