**AFFIRMATION OF SERVICE**

606077

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED ON: 08/13/2025   INDEX NO.: 1:25-cv-04521-JAM

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY INSURANCE COMPANY | Plaintiff(s)-Petitioner(s) |
| CYPRESS RX INC., ET AL | -vs- Defendant(s)-Respondent(s) |

I, Mark McClosky the undersigned, affirm that I was at the time of service over the age of eighteen years and not a party in this proceeding. I reside in the State of New York.

On SEPTEMBER 9, 2025 at 11:20 A.M.
Deponent served a true copy of SUMMONS IN A CIVIL ACTION, NOTIFICATION OF DOCKET ENTRY WITH ATTACHMENTS ON AUGUST 31, 2025 (ECF NO 13), PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL WITH EXHIBITS 1-46, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE STATEMENT, CERTIFICATE OF NO LIABILITY INSURANCE AND NOTICE OF APPEARANCE OF NATHAN A. TILDEN
bearing index number: 1:25-cv-04521-JAM   and date of filing: 08/13/2025
upon YBJ WHOLESALE INC.
at address: C/O SECRETARY OF STATE, 99 WASHINGTON AVENUE
city and state: ALBANY, NY 12231-0001

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving 2 copies with} JENNIFER LOWE, OA1 the agent for service on the person in this proceeding designated under rule 306 BCL and tendering the required fee. Service having been made to such person at the place, date and time above.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on             . The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail __registered mail __return receipt requested. Certified/Registered mail #

DESCRIPTION} deponent describes the person actually served as:
Perceived Gender: FEMALE   Perceived Race: WHITE   Hair Color: BLONDE
Approximate Age: 45 years   Approximate Height: 5'4"   Approximate Weight: 125 pounds
Other:

I affirm on SEPTEMBER 9, 2025             , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Brady, King, Tilden, Mcettrick & Brink P.c.
100 Ring Road, Suite 211
Garden City, Ny 11530

_____
Mark McClosky

NLS #: 25-6859
Affidavit #: 309435

FIRM FILE # 606077