UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, AND ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CYPRESS RX INC., BRIAR DRUG STORE INC d/b/a BRIARWOOD RX, BETTER SOON RX INC., STORY AVE PHARMACY INC d/b/a 99 CENTS & UP, GALAXY RX INC, ESMERALDA PHARMACY INC., 167 RX INC, FAMILY CARE PHARMACY OF LI INC d/b/a FAMILY CARE PHARMACY, S&N NYC INC d/b/a COLDEN PHARMACY, ASG RX CORP, RUBEN SHALOMOV, MIKHAIL BORUKHOV a/k/a MICHAEL BORUKHOV, DENI YAKUBOV, ANNA ABRAMOVA, AVI ABRAHAM KIMYAGAROV, JOHN DENEGALL, VLADIMIR VERBITSKY, ARON ZAVULUNOV, EFRAY SHAMALOV, IRINA POLVANOVA, NATAN LEVIYEV, SHAMIR DZHURAYEV, ALBERT MALAKOV, LAZAR NATANOV, ARTHUR GUKASYAN, KD WHOLESALE INC., MBJ WHOLESALE INC., YBJ WHOLESALE INC., SHLOMO MASHIYEV, BRIAN MIRZAKANDOV, AND BENJAMIN YAKUBOV,<br><br>Defendants. | C.A. No. 1:25-cv-04521-CBA-JAM |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Allstate Insurance Company, Allstate Indemnity Company, Allstate Fire and Casualty Insurance Company, and Allstate Property & Casualty Insurance Company hereby dismiss Defendant Arthur Gukasyan from this action, without prejudice and without cost to any party.

[SIGNATURE PAGE FOLLOWS]

1

          KING, TILDEN, MCETTRICK & BRINK, P.C.

          */s/ Michael W. Whitcher*
          _____
          Michael W. Whitcher (MW7455)
          mwhitcher@ktmpc.com
          100 Ring Road W, Suite 211
          Garden City, NY 11530
          Ph: (347) 710-0050

          Attorneys for the Plaintiffs,
          *Allstate Insurance Company,*
          *Allstate Indemnity Company,*
          *Allstate Fire & Casualty Insurance Company, and*
          *Allstate Property & Casualty Insurance Company*

Dated: October 9, 2025

## CERTIFICATE OF SERVICE

    I, Michael W. Whitcher, hereby certify that on October 9, 2025, a copy of **Plaintiffs' Notice of Voluntary Dismissal of Defendant Arthur Gukasyan** was filed electronically using the CM/ECF filing system, which generated a notice to all appearing parties and/or counsel.

    */s/ Michael W. Whitcher*
    _____
    Michael W. Whitcher

Dated: October 9, 2025