**SCHWARTZ, CONROY & HACK, PC**
*Making Insurance Companies Keep Their Promises*

October 13, 2025

**VIA ECF**
Magistrate Judge Joseph A. Marutollo
United States District Court
Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    **RE:** *Allstate Insurance Company et al v. Cypress Rx Inc. et al*
    **Docket No.**: 1:25-cv-04521-CBA-JAM

Dear Magistrate Judge Marutollo:

  This office represents Defendants Lazar Natanov ("Natanov") and ASG RX Corp ("ASG"), in the above action. We write to inform the Court that the aforementioned parties have settled in principal and have drafted written agreements memorializing all of the material terms and conditions for same, which our clients have executed. In light of this, we respectfully request, with consent, to be excused from the October 15, 2025 in-person initial conference while we await full execution of the settlement agreement from Allstate together with the filing of the stipulation of discontinuance as to Defendants Natanov and ASG. Alternatively, if the Court requires an appearance by our firm, we request to appear by telephone.

  We thank the Court for its consideration.

            Very truly yours,

            **SCHWARTZ CONROY & HACK, P.C.**

    By:  *Robert E. Hewitt*
      Robert E. Hewitt, Esq.

cc: *All Counsel of record via ECF*