KING TILDEN MCETTRICK

KING, TILDEN, MCETTRICK & BRINK, P.C.
Attorneys at Law

**Michael W. Whitcher**
Shareholder
Admitted in Massachusetts, Michigan, and New York
mwhitcher@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
**TEL** 617.770.2214 **FAX** 617.774.1714

November 12, 2025

**VIA E-FILING ONLY**
The Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Allstate Ins. Co et al v. Cypress Rx Inc., et al.*,
No. 1:25-cv-04521-CBA-JAM (E.D.N.Y.)

Dear Magistrate Judge Marutollo:

Plaintiffs Allstate Insurance Company and its affiliates ("Allstate") respectfully submit this status report in accordance with the Court's November 10, 2025 order.

## I. SETTLING DEFENDANTS

### A. DISMISSALS COMPLETED

The following defendants have been dismissed from this action:

| **Defendants** | **Dismissal Date** |
|---|---|
| Briar Drug Store Inc and Anna Abramova | August 29, 2025 (ECF No. 12) |
| Cypress Rx Inc., Avi Kimyagarov, and John Denegall | October 9, 2025 (ECF No. 51) |
| ASG Rx Corp and Lazar Natanov | October 21, 2025 (ECF No. 57) |
| S&N NYC Inc. and Shamir Dzhurayev | November 10, 2025 (ECF No. 60) |
| 167 Rx Inc and Ruben Shalomov | November 10, 2025 (ECF No. 61) |
| Story Ave Pharmacy Inc. and Albert Malakov | November 10, 2025 (ECF No. 62) |

Additionally, Allstate previously reached a settlement agreement with Defendant Arthur Gukasyan ("Gukasyan"), and a notice of voluntary dismissal without prejudice as to Gukasyan was filed on October 9, 2025 (ECF No. 52). Please be advised that Allstate intends to file a motion to amend Gukasyan's notice of dismissal to reflect that he was dismissed with prejudice.

### B. DISMISSALS PENDING

Allstate has reached settlement agreements with several other defendants. The status of each pending settlement is detailed below.

#### 1. Galaxy Rx Inc. and Natan Leviyev

Allstate has completed a settlement agreement with Defendants Galaxy Rx Inc. ("Galaxy") and Natan Leviyev ("Leviyev"). Allstate respectfully requests additional time until December 1, 2025 to file a stipulation of dismissal as to Galaxy and Leviyev. The parties need an extension of the existing November 12, 2025 deadline to give Galaxy and Leviyev additional time to complete performance of their obligations under the settlement agreement.

#### 2. Better Soon Rx Inc. and Deni Yakubov

Allstate has completed a settlement agreement with Defendants Better Soon Rx Inc. ("Better Soon") and Deni Yakubov ("Yakubov"). Allstate respectfully requests additional time until December 1, 2025 to file a stipulation of dismissal as to Better Soon and Yakubov. The parties need an extension of the existing November 12, 2025 deadline to give Better Soon and Yakubov additional time to complete performance of their obligations under the settlement agreement.

#### 3. Esmeralda Pharmacy Inc., Vladimir Verbitsky and Aron Zavulunov

Allstate has completed a settlement agreement with Defendants Esmeralda Pharmacy Inc. ("Esmeralda"), Vladimir Verbitsky ("Verbitsky") and Aron Zavulunov ("Zavulunov"). Allstate respectfully requests time until December 1, 2025 to file a stipulation of dismissal as to Esmeralda, Verbitsky, and Zavulunov. The parties need additional time to allow Esmeralda, Verbitsky, and Zavulunov to complete performance of their obligations under the settlement agreement.

#### 4. Family Care Pharmacy of LI Inc., Efray Shamalov, and Mikhail Borukhov

Allstate has completed a settlement agreement with Defendants Family Care Pharmacy of LI Inc. ("Family Care"), Efray Shamalov ("Shamalov"), and Mikhail Borukhov a/k/a Michael Borukhov ("Borukhov"). Allstate respectfully requests additional time until December 1, 2025 to file a stipulation of dismissal as to Family Care, Shamalov, and Borukhov. The parties need an extension of the existing November 14, 2025 deadline to give Family Care, Shamalov, and Borukhov additional time to complete performance of their obligations under the settlement agreement.

## II. REMAINING DEFENDANTS

### A. KD WHOLESALE INC., MBJ WHOLESALE INC., YBJ WHOLESALE INC., SHLOMO MASHIYEV, BRIAN MIRZAKANDOV, AND BENJAMIN YAKUBOV

Defendants KD Wholesale Inc., MBJ Wholesale Inc., YBJ Wholesale Inc., Shlomo Mashiyev, Brian Mirzakandov, and Benjamin Yakubov requested a pre-motion conference on an anticipated Rule 12(b)(6) motion to dismiss. *See* ECF No. 39. A pre-motion conference is scheduled with Judge Amon

for December 18, 2025. The parties are also engaged in settlement discussions to fully resolve the claims asserted in the Complaint. Accordingly, Allstate respectfully requests that the existing November 19, 2025 status report deadline be extended until December 1, 2025 to give the parties additional time to complete their settlement discussions and/or determine whether a settlement conference with the Court is necessary.

### B. IRINA POLVANOVA

Defendant Irina Polvanova ("Polvanova") was granted additional time until November 13, 2025 to answer the Complaint. On November 6, 2025, Polvanova was sentenced on federal charges of conspiracy to commit healthcare fraud in violation of 18 U.S.C. § 1347 in connection with the matter *United States v. Aminov*, No. 1:23-cr-00110 (S.D.N.Y.). The charges against Polvanova stemmed from her involvement in the ownership and operation of Defendant Galaxy Rx Inc. Polvanova was sentenced to a term of imprisonment of 1 year and 1 day, followed by a 2-year term of supervised release. Polvanova is scheduled to surrender to authorities for imprisonment on February 26, 2026. To date, Allstate and Polvanova have had preliminary discussions about a potential settlement of the claims asserted in the Complaint. Allstate respectfully requests that the existing November 19, 2025 status report deadline be extended until December 1, 2025 to give the parties additional time to conduct further settlement discussions and/or determine whether a settlement conference with the Court is necessary.

Respectfully submitted,

*/s/ Michael W. Whitcher*

Michael W. Whitcher (MW7455)

cc: Counsel of record (via ECF only)