KING, TILDEN, MCETTRICK & BRINK, P.C.
Attorneys at Law

**Michael W. Whitcher**
Shareholder
Admitted in Massachusetts, Michigan, and New York
mwhitcher@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
**TEL** 617.770.2214 **FAX** 617.774.1714

December 1, 2025

**VIA E-FILING ONLY**
The Honorable Joseph A. Marutollo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Allstate Ins. Co., et al. v. Cypress Rx Inc., et al.*, No. 1:25-cv-04521-CBA-JAM (E.D.N.Y.)

Dear Magistrate Judge Marutollo:

Plaintiffs Allstate Insurance Company and its affiliates ("Allstate") respectfully submit this status report in accordance with the Court's November 12, 2025 order.

## I. DISMISSED DEFENDANTS

The following defendants have been dismissed from this action:

| **Defendants** | **Dismissal Date** |
|---|---|
| Briar Drug Store Inc and Anna Abramova | August 29, 2025 (ECF No. 12) |
| Cypress Rx Inc., Avi Kimyagarov, and John Denegall | October 9, 2025 (ECF No. 51) |
| Arthur Gukasyan | October 9, 2025 (ECF No. 52) |
| ASG Rx Corp and Lazar Natanov | October 21, 2025 (ECF No. 57) |
| S&N NYC Inc. and Shamir Dzhurayev | November 10, 2025 (ECF No. 60) |
| 167 Rx Inc and Ruben Shalomov | November 10, 2025 (ECF No. 61) |
| Story Ave Pharmacy Inc. and Albert Malakov | November 10, 2025 (ECF No. 62) |
| Family Care Pharmacy of LI Inc., Efray Shamalov, and Mikhail Borukhov | December 1, 2025 (ECF No. 66) |
| Galaxy Rx Inc. and Natan Leviyev | December 1, 2025 (ECF No. 67) |

## II. REMAINING DEFENDANTS

### A. BETTER SOON RX INC. AND DENI YAKUBOV

Allstate has completed a settlement agreement with Defendants Better Soon Rx Inc. ("Better Soon") and Deni Yakubov ("Yakubov"). Allstate respectfully requests time until December 22, 2025 to

file a stipulation of dismissal as to Better Soon and Yakubov to give these defendants additional time to perform their remaining obligations under the settlement agreement.

### B. ESMERALDA PHARMACY INC., VLADIMIR VERBITSKY AND ARON ZAVULUNOV

Allstate has completed a settlement agreement with Defendants Esmeralda Pharmacy Inc. ("Esmeralda"), Vladimir Verbitsky ("Verbitsky") and Aron Zavulunov ("Zavulunov"). Allstate respectfully requests time until December 22, 2025 to file a stipulation of dismissal as to Esmeralda, Verbitsky, and Zavulunov to give these defendants additional time to perform their remaining obligations under the settlement agreement.

### C. KD WHOLESALE INC., MBJ WHOLESALE INC., YBJ WHOLESALE INC., SHLOMO MASHIYEV, BRIAN MIRZAKANDOV, AND BENJAMIN YAKUBOV

Allstate has completed a settlement agreement with Defendants KD Wholesale Inc., MBJ Wholesale Inc., YBJ Wholesale Inc., Shlomo Mashiyev, Brian Mirzakandov, and Benjamin Yakubov. Allstate respectfully requests time until December 22, 2025 to file a stipulation of dismissal as to these defendants to give them additional time to perform their remaining obligations under the settlement agreement.

### D. IRINA POLVANOVA

Defendant Irina Polvanova ("Polvanova") was granted additional time until December 15, 2025 to answer the Complaint.[1] Allstate and Polvanova have been engaged in settlement discussions, but have not reached an agreement to resolve this matter. On November 11, 2025, Allstate issued informal discovery requests to Polvanova in aid of settlement. Counsel discussed the requests on November 13, 2025, and Allstate anticipates that responses from Polvanova are forthcoming. Allstate respectfully requests additional time until December 22, 2025 to conduct further settlement discussions with Polvanova and/or determine whether a settlement conference with the Court is necessary.

## III. REQUEST TO ADJOURN PRE-MOTION CONFERENCE

Allstate also requests an order adjourning the pre-motion conference on Defendants KD Wholesale Inc., MBJ Wholesale Inc., YBJ Wholesale Inc., Shlomo Mashiyev, Brian Mirzakandov, and Benjamin Yakubov's anticipated Rule 12(b)(6) motion to dismiss, which is scheduled for December 18, 2025 before Judge Amon. The anticipated Rule 12(b)(6) motion to dismiss is now moot in light of the parties' agreement to settle this matter.

---

[1] On November 6, 2025, Polvanova was sentenced on federal charges of conspiracy to commit healthcare fraud in violation of 18 U.S.C. § 1347, which stemmed from her involvement in the ownership and operation of Defendant Galaxy Rx Inc. *See United States v. Aminov*, No. 1:23-cr-00110 (S.D.N.Y.). Polvanova was sentenced to a term of imprisonment of 1 year and 1 day, followed by a 2-year term of supervised release. Polvanova is currently scheduled to surrender to authorities for imprisonment on February 26, 2026.

Thank you for your time and consideration.

Respectfully submitted,

*/s/ Michael W. Whitcher*

Michael W. Whitcher (MW7455)

cc: Counsel of record (via ECF only)